**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHANDRA LYONS**
**ADC #704518**                                                                     **PLAINTIFF**

**V.**                  **CASE NO. 1:15-CV-28-JLH-BD**

**STATE OF ARKANSAS**                                            **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE